## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1907 PSG (FFMx) | Date | August 12, 2019 |
|---|---|---|---|
| Title | Brian Whitaker v. Shanaz S. Razack, et al. | | |

Present: The Honorable    Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**    **The Court DISCHARGES the Court's May 28, 2019 Order to Show Cause and issue another Order to Show Cause re: supplemental jurisdiction**

On May 20, 2019, Defendant Shanaz S. Razack ("Defendant") filed a "Statement of Remediation," which included a report from a certified access specialist that concludes that her business is now in compliance with ADA standards. *See* Dkt. # 17. On May 28, 2019, the Court ordered Plaintiff Brian Whitaker ("Plaintiff") to show cause why the case should not be dismissed on mootness grounds. *See* Dkt. # 18.

Plaintiff filed a response, asserting that the Court should refrain from dismissing this action until the stay that the Court entered on May 2, 2019 is lifted and Plaintiff can independently verify the state of remediation. *See* Dkt. # 19. Because the Court finds Plaintiff's OSC response adequate, it **DISCHARGES** the May 28, 2019 order to show cause.

However, the Court is not convinced that it should exercise supplemental jurisdiction over Plaintiff's state law claim. The complaint filed in this action asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA") and a claim for damages pursuant to California's Unruh Civil Rights Act. The Court **ORDERS** Plaintiff to show cause in writing no later than **<u>August 30, 2019</u>** why it should not decline to exercise supplemental jurisdiction over the Unruh Act claim. *See* 28 U.S.C. § 1367(c)(2), (c)(4); *Schutza v. Cuddeback*, 262 F. Supp. 3d 1025 (S.D. Cal. 2017).

The response to this Order to Show Cause must identify the amount of statutory damages Plaintiff seeks to recover. Plaintiff and Plaintiff's counsel must also support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1907 PSG (FFMx) | Date | August 12, 2019 |
|---|---|---|---|
| Title | Brian Whitaker v. Shanaz S. Razack, et al. | | |

necessary for the Court to determine if they satisfy the definition of a "high-frequency litigant" as provided by California Civil Procedure Code § 425.55(b)(1) & (2).

      Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act claim and dismissing that claim without prejudice pursuant to 28 U.S.C. § 1367(c).

      **IT IS SO ORDERED.**